John Virostko, Plaintiff-Appellee, v. Kinnare Corporation, Sprinkler Contractors, Inc., and Bongi Cartage Company, Inc., Defendants.

On Appeal of Sprinkler Contractors, Inc., Defendant-Appellant.

Gen. No. 47,924. ▮▮▮▮▮▮▮▮▮▮

First District, Third Division.

May 25, 1960.

Vogel and Vogel, of Chicago (L. H. Vogel and Robert B. Johnstone, of counsel) for appellant; Rolf L. Hjelmeseth and Earl R. Reynolds, of Chicago, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.